# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00966-CV

### In re Kailyn Andrews

---

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

---

## M E M O R A N D U M   O P I N I O N

The petition for a writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a), (d).
All pending motions are dismissed as moot.

Chari L. Kelly, Justice

Before Justices Triana, Kelly, and Theofanis

Filed: December 11, 2025